


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

D-1 DAVID STRAND,

                Defendant.
_____/

Case: 2:19-cr-20540
Judge: Steeh, George Caram
MJ: Whalen, R. Steven
Filed: 08-21-2019 At 11:25 AM
INFO USA V DAVID STRAND (LG)

Offense/Violation:
Wire Fraud – 18 U.S.C. §1343

# *INFORMATION*

**THE UNITED STATES ATTORNEY CHARGES:**

**GENERAL ALLEGATIONS**

*That at all times pertinent to this information:*

1. Ascentium Capital LLC [Ascentium], was a company which, among other things, provided financing for equipment and technology.

2. Mountaineer Leasing did business in Auburn Hills, Michigan, and elsewhere under the name "Wholesale Truck and Finance" [WTF], and was founded by D-1 DAVID STRAND [STRAND] in April 2008.

3. In June 2013, Ascentium purchased WTF, which agreed to keep

1

STRAND on as president of the company in order to run WTF after the purchase.

## COUNT ONE: WIRE FRAUD
### (18 U.S.C. §1343: D-1 David Strand)

1. The *General Allegations* are included in this count;

2. Beginning in 2013 and continuing through 2015, in the Eastern District of Michigan, Southern Division, D-1 DAVID STRAND, defendant, did, having devised a scheme to defraud and to obtain money from Ascentium by means of material false and fraudulent pretenses and representations, and for the purpose of executing that scheme, cause the transmission of writings, signs and signals by means of wire and radio transmission in interstate commerce;

3. The object of the scheme to defraud and to obtain money by false and fraudulent pretenses and representations was to obtain money from Ascentium based on STRAND's false material representations to Ascentium that funds he requested from Ascentium as the president of WTF were to be used for the purchase of road-ready trucks when, in fact, the amounts requested were either (1) inflated, with the inflated prices supported by false and fraudulent, marked-up invoices; (2) for the purchase of trucks that were not operational contrary to STRAND's representations; or (3) for payment of entirely fictitious transactions (supported by false vehicle identification numbers submitted to Ascentium).

4. On or about March 30, 2015, in the Eastern District of Michigan, Southern Division, STRAND did, for the purpose of executing the above-described scheme to defraud and obtain money by false and fraudulent pretenses, cause the transfer of $107,312.31, by means of interstate wire transmission, from East-West Bank, Houston, Texas to Chase Bank, Auburn Hills, Michigan.

## FORFEITURE ALLEGATIONS
### (18 U.S.C. §§ 982, 981 and 28 U.S.C. § 2461 – Criminal Forfeiture)

1. Upon being convicted of violating Title 18, United States Code, Section 1343 as charged in this Information, the convicted defendant shall forfeit to the United States any property which constitutes, or is derived from, proceeds obtained directly or indirectly as a result of such violation(s), pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461, and/or Title 18, United States Code, Section 982(a)(2).

2. <u>Money Judgment</u>: Upon being convicted of violating Title 18, United States Code, Sections 1343 as charged in this Information, the convicted defendant shall forfeit to the United States a sum of money equal to the amount representing the total amount of proceeds the convicted defendant obtained as a result of the violations charged in this Information.

3. <u>Substitute Assets</u>: If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant(s):

    (a)    Cannot be located upon the exercise of due diligence;

    (b)    Has been transferred or sold to, or deposited with, a third party;

    (c)    Has been placed beyond the jurisdiction of the Court;

    (d)    Has been substantially diminished in value; or

    (e)    Has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461, to seek to forfeit any other property of defendant(s) up to the value of the forfeitable property described above.

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney

*for* _____
JOHN K. NEAL
Assistant United States Attorney
Chief, White Collar Crimes Unit

_____
CRAIG A. WEIER (P33261)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI   48226
Phone: (313) 226-9678
E-mail: Craig.Weier@usdoj.gov

August 21, 2019


ORIGINAL

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case: 2:19-cr-20540<br>Judge: Steeh, George Caram<br>MJ: Whalen, R. Steven<br>Filed: 08-21-2019 At 11:25 AM<br>INFO USA V DAVID STRAND (LG) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it

### Companion Case Information

Companion Case Number:

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:    Judge Assigned:

☐ Yes    ☒ No    AUSA's Initials: _CAW_

**Case Title:** USA v. U.S. v. David Strand

**County where offense occurred:** Oakland

**Check One:**    ☒ Felony    ☐ Misdemeanor    ☐ Petty

____Indictment/__✓__Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:                    ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

### Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

August 21, 2019
Date

Craig A. Weier
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9678
Fax: (313) 226-2873
E-Mail address: craig.weier@usdoj.gov
Attorney Bar #: P33261

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.