Joe Jordan
1623 E. South Street
Jackson, MI  49203

September 12, 2021

The Honorable George Caram Steeh
Senior United States District Judge
Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 1067
Detroit, MI  48226

Dear Judge Steeh,

My name is Joe Jordan and I have known David Strand for over twenty-five years. I was
one of the original investors in Mountaineer Leasing, which is central to this legal case.

When David first told me how and why he violated federal law, I was extremely
disappointed. I also felt somewhat at fault as I knew what he did was to protect investors
like me.  We spoke candidly about the seriousness of his mistakes. David was honest,
remorseful, and blamed no one but himself. I admire him for taking responsibility and
facing the consequences with honor.

I first met David when we were both students at Central Michigan University. My best
friend was a member of David's fraternity so we spent a lot of social time together. Apart
from the social scene, I remember David taking his academic program seriously. He kept
his focus on life after college and encouraged other people to do the same.

I have been blessed with a successful career in corporate aviation. In 2007, I was in a
position to invest in Mountaineer Leasing. The idea was solid and I had faith in David's
ability to make it work. I was proud of David for growing the company through his hard
work and ingenuity. Then, as this court knows, David used very poor judgment after the
company went through an asset sale.

Your Honor, I was one of the people that David was trying to pay back through these
illegal means after Ascentium Capital decided not to pay back the original investors of
Mountaineer Leasing.  Perhaps he did not want to let me down since I lost almost $400K
on this deal. As an investor, I understood that I took a risk and do not consider myself to be
a victim. I wish David had not broken the law for any reason, especially one that
tangentially related to me. Even if his heart was in the right place, he had no right to do
what he did.

Since making these mistakes, David has been frank and transparent about what went wrong. I respect the way he has humbled himself and learned from this experience. In fact, in 2016 (one year prior to David being notified that he was under investigation) I invested in David's new software company, Equipment Funding Solutions. I believed in his entrepreneurial talents and practical intelligence. Despite this legal case, I trusted David to use my investment in the right way.

Although he does not legally owe me for the money I lost with Mountaineer Leasing when Ascentium Capital refused to pay the debt, he has made a tremendous effort to repay me. Despite the unimaginable stress a looming Federal case imposes, the second business I invested in and David built is successful. In addition to my initial investment in Equipment Funding Solutions, the bulk of my investment in Mountaineer Leasing has been paid back to me.

Your Honor, David has served as a fine example of dignity and humility through the entire process. I hope you will be able to show him leniency as you determine his sentence.

Sincerely,


Joe Jordan
President
J. Jordan Corp