UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 DAVID STRAND,

    Defendant.

Case No. 19-cr-20540

Hon. George Caram Steeh, III

---

**STIPULATION AND ORDER PERMITTING DEFENDANT
TO MAKE RESTITUTION PAYMENTS PRIOR TO SENTENCING**

The parties, through undersigned counsel, hereby stipulate that Defendant shall be immediately permitted to make payments to the Financial Department of the Court towards the anticipated $1,001,500 restitution order prior to the completion of his sentencing hearing scheduled for July 28, 2022 at 10:00 a.m.

| | |
|---|---|
| DAWN N. ISON<br>UNITED STATES ATTORNEY | CLARK HILL PLC |
| s/ Craig A. Weier (P33261)<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, MI 38227<br>Craig.weier@usdoj.gov<br>(313) 226-9678 | s/ John D. Dakmak (P58210)<br>Attorneys for Defendant<br>500 Woodward Avenue, Suite 3500<br>Detroit, MI 48226<br>jdakmak@clarkhill.com<br>(313) 965-8288 |
| Date:  January 21, 2022 | Date:  January 21, 2022 |

**IT IS SO ORDERED**

Dated:  January 21, 2022            s/George Caram Steeh
                                    GEORGE CARAM STEEH
                                    United States District Judge